United States District Court
Southern District of Texas
**ENTERED**
June 29, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| ESTHER D. JIMENEZ | § |
| | § |
| VS. | §   CIVIL ACTION NO. 5:20-CV-239 |
| | § |
| KILOLO KIJAKAZI, *Acting* | § |
| *Commissioner of Social Security* | § |

## ORDER

Plaintiff seeks attorney's fees and expenses under the Equal Access to Justice Act (EAJA) (Dkt. No. 28). Defendant is unopposed (Dkt. No. 31). The Magistrate Judge issued a Report and Recommendation, which was superseded by an Amended Report and Recommendation (Dkt. Nos. 32, 33). The Amended Report recommends granting the motion, and neither party has filed objections (Dkt. No. 33). *See* 28 U.S.C. § 636(b)(1)(C).

Having reviewed the Amended Report and finding no plain error, the Amended Report (Dkt. No. 33) is hereby **ADOPTED**. Plaintiff's motion for attorney's fees (Dkt. No. 28) is **GRANTED**. Defendant shall pay Plaintiff a total of $5,409.05 in EAJA fees and $23.00 in expenses. Payment shall be mailed to Plaintiff in the care of her attorney, Melissa A. Palmer, at her office: Olinsky Law Group, 250 S. Clinton Street, Suite 210, Syracuse, New York 13202.

It is so **ORDERED**.

**SIGNED** June 29, 2023.

Marina Garcia Marmolejo
United States District Judge